```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
HEBEI EXPRESS SHIPPING CO., LTD.,    :
                        Plaintiff,   :   07 CV 3388
                                     :   RULE 7.1 STATEMENT
        -against-                    :
                                     :
TRANSNATIONAL TRADING,               :
                                     :
                        Defendant.   :
-------------------------------------x
```

*Judge Cedarbaum*

RECEIVED APR 30 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, HEBEI EXPRESS SHIPPING CO., LTD., (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         April 27, 2007

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff
                              HEBEI EXPRESS SHIPPING CO., LTD.

                         By: _____
                              Tulio R. Prieto (TP 8455)

                              Office and P.O. Address
                              29 Broadway, Suite 1710
                              New York, New York 10006
                              Tel: (212) 344-0464
                              Fax: (212) 797-1212