UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HEBEI EXPRESS SHIPPING CO., LTD.,         :

       Plaintiff,       :    **ECF**
            **NOTICE OF DISMISSAL**
  -against-                      :    **PURSUANT TO FRCP**
            **RULE 41(a)(1)**
TRANSNATIONAL TRADING                     :    07 Civ. 3388(MGC)

       Defendant.       :
----------------------------------------x

    PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated: New York, New York
     May 14, 2007

           CARDILLO & CORBETT
           Attorneys for Plaintiff,
           HEBEI EXPRESS SHIPPING CO., LTD.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-17-07

           By _____
           Tulio R. Prieto (TP 8455)

           Office and P.O. Address
           29 Broadway, Suite 1710
           New York, New York 10006
           Tel: (212) 344-0464

**SO ORDERED:**

_____
     **U.S.D.J.**

May 16, 2007